IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MITCHELL E. BOUYER, SR., et al.,

    Plaintiffs,                             CIV. NO. S- 08-3022 GEB GGH PS

    vs.

GMAC MORTGAGE,

    Defendant.                            ORDER

        Defendant's motion to dismiss presently is calendared for hearing on December 10, 2009.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The December 10, 2009 hearing on the motion to dismiss, filed October 23, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: December 4, 2009

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:076:Bouyer3022.vac.wpd